**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 2 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO.  22-CR-01520-JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ADELENE URQUIJO,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING UNITED STATES' MOTION FOR DOWNWARD ADJUSTMENT
IN DEFENDANT(S) OFFENSE LEVEL

THIS MATTER having come before the Court on the written motion of the United States

pursuant to USSG § 3E1.1(b) for a downward adjustment in sentencing the above-named

Defendant, the Court having reviewed the motion and being fully advised in the premises, finds

the motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the Government's Motion for § 3E1.1(b)

Downward Adjustment is granted, and the Defendant's sentencing guidelines offense level is

adjusted downward by one additional level for timely acceptance of responsibility.

THE HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE